IN THE U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

TRUSTEES OF THE SHEET )
METAL WORKERS LOCAL 91 )
HEALTH & WELFARE BENEFIT )
FUND, individually, and as collection )
agent for all unpaid wages and )
fringe benefits, ) No. _____
)
    Plaintiff, )
)
vs. )
)
ACCURATE AIR BALANCE, L.C. )
an Iowa Corporation )
)
    Defendant. )

## COMPLAINT

NOW COME the Plaintiffs, by their attorneys, McCarthy, Callas, Fuhr & Ellison, P.C., and for their complaint against the Defendant, Accurate Air Balance, L.C., an Iowa corporation, states as follows:

1. Plaintiffs are Trustees of the Sheet Metal Workers Local 91 Health & Welfare Benefit Fund, individually and collection agent for all fringe benefits, and multi-employer benefits as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC §1002(3) and (37). All funds are established and maintained by agreements and declarations of trust which arise by virtue of Collective Bargaining Agreements between Local 91 and Defendant. All Funds are administered at 8124 – 42nd St. West, Rock Island, IL 61201

1

2. Defendant is, and at all times material hereto was a contractor doing business as Accurate Air Balance, L.C., whose principal place of business is located at 1707 Washington St., Suite 3, Davenport, IA 52804.

3. Defendant is a contractor in the plumbing and heating and at all times herein was a "employer in an industry effecting commerce" as defined in Sections 501(1), (3), and 2(2), Labor Management Relations Act (LMRA), 29 USC, §§141(1), (3) and 152(2); §§3(5), (9), (11), (12), and (14) of ERISA, 29 USC, §§1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments act of 1980, 29 USC, §1001(a).

4. This Court has jurisdiction of this action under §§502 and 515 of ERISA, 29 USC, §§1132 and 1145, and under §301 of LMRA, 29 USC, §185(a). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry effecting commerce.

5. The Illowa Sheet Metal Contractors Association, Inc., is an association which was, and is, signatory to a Collective Bargaining Agreement with the Sheet Metal Workers Local 91. Said agreement requires employers to file monthly benefit reports and pay certain wages and fringe benefits to workers in their employ within a certain geographical jurisdiction of Sheet Metal Workers Local Union 91 known as Zone "A".

6. Defendant, Accurate Air Balance, L.C., has agreed to be bound by the terms and conditions of the aforesaid Collective Bargaining Agreement pursuant to a executed written Letter of Assent executed on June 1, 2004.

7. Defendant, Accurate Air Balance, L.C., is in breach of their obligations under the Collective Bargaining Agreement in that they have failed to file monthly benefit

reports and to pay various and certain wages and fringe benefits pursuant to Article VIII §§2 and 3 of the reporting requirements of the Agreement.

8. Plaintiff has requested Defendant to comply with the terms and conditions of the Collective Bargaining Agreement but Defendant has wilfully failed and refused to comply.

9. The Collective Bargaining Agreement provides for an assessment of a delinquent fee in the amount of 15% as liquidated damages for the first month that any report is not timely filed and 10% per month thereafter, cumulatively.

10. 29 USC §1132 requires the employer shall be liable to the Fund for a penalty not to exceed 20% of the amount due plus any costs relating to the collection of any delinquent reports or monies due, including attorneys fees.

11. As a result of Defendant's breach, Defendant is indebted to the Plaintiff in an unknown amount for fringe benefits, plus damages, attorney fees and court costs.

12. In the event Defendant fails to timely submit wage reports, Plaintiff alleges the services of an auditor may be required to review the books and payroll records of the Defendant in order to accurately access the employee names and hours worked for the allocation of fringe benefits.

WHEREFORE, Plaintiff requests relief as follows:

1. Entry of an Order requiring Defendant, within short day, to fully and accurately complete and submit all required benefit forms under oath, identifying the person or persons who are in his employ and the hours of employment for each person subject to the Collective Bargaining Agreement.

2. In the event the Defendant fails to submit accurate and fair fringe benefit reports within a time as specified by the Court, this Court authorize the employment of an auditor for the purposes of examining the employer payroll records and other documents as necessary to fully and accurately complete the allocation of fringe benefits as required under ERISA and the Collective Bargaining Agreement.

2. To enter judgment in favor of Plaintiffs and against the Defendant in an amount as determined from Defendant's reports in accordance with the contributions due under the Collective Bargaining Agreement, and for liquidated damages in accordance with the terms and conditions of 29 USC §1132.

3. To award Plaintiffs reasonable attorneys fees, audit fees, and court costs incurred with the collection of these contributions

4. For such other relief as the court deems just and equitable.

TRUSTEES OF THE SHEET METAL
WORKERS LOCAL 91 HEALTH &
WELFARE BENEFIT FUND, Individually
And as collection agent for all unpaid wages
And fringe benefits, Plaintiffs

By   /s/ John S. Callas
     John S. Callas

McCarthy, Callas, Fuhr
  & Ellison, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800

E-FILED
Tuesday, 29 April, 2008 10:42:18 AM
Clerk, U.S. District Court, ILCD

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
TRUSTEES OF THE SHEET METAL WORKERS LOCAL 91 HEALTH & WELFARE BENEFIT FUND, ET AL.

**(b)** County of Residence of First Listed Plaintiff: **Rock Island**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John S. Callas, The Law Centre, Ltd., 329 18th Street, Rock Island, IL 61201, (309) 788-2800

## DEFENDANTS
ACCURATE AIR BALANCE, L.C.

County of Residence of First Listed Defendant: **Scott**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 1132; 29 U.S.C. 1145 Collection of Employee Benefit Fund Contributions
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 04/29/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ John S. Callas

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____