AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL 91 HEALTH & WELFARE BENEFIT FUND, ET AL. ) <br> Plaintiff ) <br> v. ) <br> ACCURATE AIR BALANCE, L.C. ) <br> Defendant ) | Civil Action No. 08-4020 |

## Summons in a Civil Action

To: *(Defendant's name and address)*

MR. CHARLES C. WRIGHT
REGISTERED AGENT FOR ACCURATE AIR BALANCE, L.C.
1707 WASHINGTON ST., SUITE 3
DAVENPORT, IA 52804

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JOHN S. CALLAS
329 18TH STREET, SUITE 100
ROCK ISLAND, IL 61201

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/Pamela E. Robinson
Name of clerk of court

Date: April 29, 2008

s/Tina Peeples
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **May 9 208**,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with **Macy Wyatt**
who resides there and is of suitable age and discretion; **2512 Almil Rd Aurta wife** or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ **20.00** for travel and $ **20.00** for services, for a total of $ **40.00**.

Date: **5-9-08**

Server's signature

**MARTIN IRWIN PRI.INV.**
Printed name and title

**PO Box 2273 Daunton**
Server's address