UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

TRUSTEES OF THE SHEET METAL )
WORKERS LOCAL 91 HEALTH & )
WELFARE BENEFIT FUND, individually )
And as collection agent for all unpaid wages )
And fringe benefits, ) No. 08-4020
)
    Plaintiff, )
)
vs. )
)
ACCURATE AIR BALANCE, L.C., )
)
    Defendant. )

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff, Trustees of the Sheet Metal Workers Local 91 Health & Welfare Benefit Fund, individually, and as collection agent for all unpaid wages and fringe benefits, by and through their attorney, John S. Callas, for McCarthy, Callas, Church & Feeney, P.C., and hereby moves this Court for entry of a Default Judgment in favor of the Plaintiff and against the Defendant, and in support thereof states as follows:

1. This Motion is made pursuant to FRCP 55.

2. On or about April 29, 2008, Plaintiff filed the action herein. Summons was issued concurrent therewith.

3. On or about May 9, 2008, Defendant was duly served.

4. Defendant has failed to appear, plead or otherwise file a Motion within twenty (20) days as required under FRCP Rule 12.

5. Attached to this Motion for Default is an Affidavit of Delinquency and Damages.

WHEREFORE, Plaintiff prays this court enter judgment in favor of the Plaintiff and against the defendant in the amount of $7583.99, plus other relief as the Court deems just and equitable.

Entered this 28 day of August, 2008.

/s/ John S. Callas

McCarthy, Callas, Church & Feeney, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL 91 HEALTH & WELFARE BENEFIT FUND, individually And as collection agent for all unpaid wages And fringe benefits,<br><br>Plaintiff,<br><br>vs.<br><br>ACCURATE AIR BALANCE, L.C.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  No. 08-4020<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF DELINQUENCY AND DAMAGES**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss: |
| COUNTY OF ROCK ISLAND | ) |

1. My name is Lisa Snider.

2. I am the Union Secretary and Office Manager for the Sheet Metal Workers Local 91.

3. My job duties include, but are not limited to, receipt of signatory contractor reports and calculation of contractor delinquency balances in the event contractors either refuse or fail to file timely reports in accordance with the Collective Bargaining Agreement, or, failure to make full and complete payments following the timely filing of a benefit report.

4. In the ordinary course of business, I match all signatory contractors and reports to determine which, if any, contractors have failed to file their monthly report and pay benefits in a timely basis. I have become personally familiar with the account of

1

Accurate Air Balance, L.C. as a result of the failure of Accurate Air Balance, L.C. to timely report and pay benefits.

5. As a result of the failure to file timely and accurate reports, I caused numerous demand letters to be issued to Accurate Air Balance, L.C. to no avail.

6. As a result of Accurate Air Balance's failure to file reports and pay benefits per the Collective Bargaining Agreement, I have, in the ordinary course of my employment, calculated the total contributions and delinquencies owed to date, which is the total sum of $5,807.74. This sum includes contributions due all the locally administered Fringe Benefits required to be paid under the current Collective Bargaining Agreement.

7. As a result of the failure of Accurate Air Balance, L.C. to timely respond to Fund demands, the Fund engaged the services of attorney John S. Callas, of McCarthy, Callas, Church & Feeney, P.C. and he has incurred the sum of $1,776.25 as and for attorney fees and court costs. In my opinion, the attorney time charges and hourly rates are reasonable in light of the market and their respective experience handling ERISA collection matters.

8. The total amount due the Fund would be the amount of $7,583.99.

_____
Lisa Snider
Sheet Metal Workers Local 91 Benefit Office

Subscribed and sworn to before me this 28 day of August, 2008.

_____
Notary Public

Prepared by:
John Callas, Fund Counsel
McCarthy, Callas, Church & Feeney, P.C.
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100

OFFICIAL SEAL
MICHELE D. VINSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-9-2009

2