UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL 91 HEALTH & WELFARE BENEFIT FUND, individually And as collection agent for all unpaid wages And fringe benefits, <br><br> Plaintiff, <br><br> vs. <br><br> ACCURATE AIR BALANCE, L.C., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 08-4020 |

### CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I presented the foregoing Motion for Default Judgment to the Clerk of the Court for filing and uploading to the CM/ECF system, and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participants:

Mr. Charles C. Wright
Registered Agent for Accurate Air Balance, L.C.
1708 Washington St., Suite 3
Davenport, IA 52804

/s/ John S. Callas

McCarthy, Callas, Church
  & Feeney, P.C.
The Law Centre
P.O. Box 3100
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800